IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:22CR308-1
:
APRIL HOPE MEGAN HAYS :

The Grand Jury charges:

On or about April 5, 2022, in the County of Guilford, in the Middle District of North Carolina, APRIL HOPE MEGAN HAYS knowingly did possess in and affecting commerce a firearm, that is, a Smith & Wesson .38 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: September 26, 2022

SANDRA J. HAIRSTON
United States Attorney

BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

FOREPERSON